**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALLEN TANTARI,** | ) | Case No. 1:11 CV 901 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| **COMM'R OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

In a detailed Report and Recommendation (R & R) issued on March 30, 2012, Magistrate Judge Vecchiarelli recommended that the opinion of the Commissioner of Social Security denying Allen Tantari's application for Supplemental Security Income benefits be reversed and the case remanded for further proceedings. (Doc #: 22.) On April 12, 2012, the Commissioner filed a response to the R & R advising that he would not be filing objections to the Magistrate Judge's R & R. (Doc #: 23.)

Accordingly, the Court hereby **ADOPTS** the unopposed R & R, **REVERSES** the Commissioner's denial of benefits, and **REMANDS** the case for further proceedings consistent with the R & R.

**IT IS SO ORDERED.**

                                                        */s/ Dan A. Polster     April 13, 2012*
                                                        **Dan Aaron Polster**
                                                        **United States District Judge**